### STATE v. JEHU EVANS.

Court of Quarter Sessions. Sussex. April, 1800.

*Wilson's Red Book, 272.*

Attorney General.   Defendant must show there is a prosecutor before he can be required to indorse.

*Vining* pressed a different construction of the Act and the propriety generally of such a regulation.

PER CURIAM.   BOOTH, C. J.   (To *Mr. Ridgely:*)   Sir, you need not argue it.   The Act of Assembly says *the* prosecutor not *a* prosecutor and does not require a prosecutor on every indictment. Defendant may prove there is a person prosecuting, and then he must indorse.   We cannot presume it; the grand jury may have found the presentment on their own knowledge or have sent for witnesses.